**Opal C. Casner, Plaintiff-Appellee, v. Estate of Evie L. Hawkins, Deceased, Defendant-Appellant.**

Gen. No. 66–102.

Second District.

December 27, 1966.

Neuendorf and Nickels, of Sandwich, for appellant; no brief filed for appellee. Opinion by JUSTICE ATTEN. **Not to be published in full.**